ct142 04/2024

# United States Bankruptcy Court
# District of Connecticut



In re:

Marcus Jabari Lane

Debtor*

Case Number: 24-20591

Chapter: 7

## NOTICE OF DEADLINE(S) TO CURE
## FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on June 25, 2024. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
### AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**SCHEDULES**

The following Schedules are required to be filed by the debtor(s) in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed and/or are incorrect with the Voluntary Petition. The debtor(s) is **directed** to file the missing and/or incorrect Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice:

Summary of Schedules
(Official Form B 106sum)

Schedule A/B - Real and Property
(Official Form B 106A/B)

Schedule C − Property Claimed as Exempt
(Official Form B 106C)

Schedule D − Creditors Holding Secured Claims
(Official Form B 106D)

Schedule E/F − Creditors Holding Unsecured Claims
(Official Form B 106E/F)

Schedule G − Executory Contracts and Unexpired Leases
(Official Form B 106G)

Schedule H − Codebtors
(Official Form B 106H)

Schedule I − Current Income of Individual Debtor(s)
(Official Form B 106I)

Schedule J − Current Expenditures of Individual Debtor(s)
(Official Form B 106J)

Declaration Concerning Debtor's Schedules
(Official Form B 106Dec)

### STATEMENT OF FINANCIAL AFFAIRS

The Statement of Financial Affairs was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b) and (c).

The debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107, dated 04/22, with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CHAPTER 7 MEANS TEST

The Statement of Current Monthly Income and Means Test Calculation was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b)(6) and (c).

The debtor(s) is **directed** to file the of Current Monthly Income and Means Test Calculation using Official Form 122A dated 12/19 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CREDIT COUNSELING

CERTIFICATE NOT FILED. The Voluntary Petition indicates that the debtor(s) received a briefing from an approved credit counseling agency, but the debtor(s) did not file a certificate of completion. See, 11 U.S.C. § 521(b) and Fed. R. Bankr. P. 1007

The debtor(s) is **directed** to file the Certificate of Credit Counseling **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date:    June 25, 2024

Pietro Cicolini
Clerk of Court