# Notice Recipients

District/Off: 0205−2      User: admin      Date Created: 6/25/2024
Case: 24−20591      Form ID: 309A      Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Marcus Jabari Lane | 120 Whitney Street | Hartford, CT 06105 | |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302    New Haven, CT 06510 |
| tr | Anthony S. Novak | Novak Law Office, P.C. | 280 Adams Street | Manchester, CT 06042−1975 |
| 9501328 | Capital One Bank | c/o President or CEO | 320 E Big Beaver Rd. | Troy, MI 48083 |
| 9501329 | Dept of Ed/Aidvant | c/o President or CEO | 1600 Tyson Blvd. | St. McLean, TX 75403 |
| 9501330 | Discover | c/o President or CEO | 1 Corporate Drive, Suite 360 | Lake Zurich, Il 60047 |
| 9501331 | Jefferson Capital Card Services | c/o President or CEO | 16 McLeland Road | Saint Cloud, MN 56303 |
| 9501332 | Law Office of Joseph R. Sastre | 82 Plainville Ave. | Farmington, CT 06032 | |
| 9501333 | MDC | c/o President or CEO | 60 Murphy Road | Hartford, CT 06114 |
| 9501334 | Mth Properties | c/o President or CEO | 49 Balfour Dr. | West Hartford, CT 06117 |
| 9501335 | ShaRa, LLC | c/o President or CEO | 48 Mountain Brook Rd. | West Hartford, CT 06117 |
| 9501336 | State of CT Dept. Soc Services | c/o President or CEO | 55 Farmington Avenue | Hartford, CT 06105 |

TOTAL: 12